

**WALNUT STREET 2014–1 ISSUER, LLC**

v.

**PEARLSTEIN, M.**

**2557 EDA 2016**

Superior Court of Pennsylvania.

06/22/2017

Reargument Denied 8/30/2017

March Term, 2016 No. 01672 (Philadelphia)

Affirmed

**COM.**

v.

**JONES, O.**

**2807 EDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–23–CR–0000206–2016 (Delaware)

Affirmed

**IN the INTEREST OF: D.M.P.E. a/k/a D.E., a Minor**

**2977 EDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–51–AP–0000749–2015
CP–51DP–0125918–2009

FID: 51–FN–470888–2009 (Philadelphia)

Affirmed

**IN the INTEREST OF: A.L.E., a Minor**

**2978 EDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–51–AP–0000751–2015, CP–51–DP–0001624–2014, FID: 51–FN–470888–2009 (Philadelphia)

Affirmed

**IN the INTEREST OF: T.K.E., III, a Minor**

**2979 EDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–51–AP–0000750–2015, CP–51–DP–0125919–2009, FID: 51–FN–470888–2009 (Philadelphia)

Affirmed

